**Order entered July 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-01399-CV

---

**MRI PIONEER AND COLORADO INVESTMENT FUND, LP, Appellant**

**V.**

**CURTIS PYATT, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01959-A**

---

## ORDER

Before the Court is appellee's June 27, 2019 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to July 19, 2019. We caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
         JUSTICE